

**Christopher Porrino**
Partner

One Lowenstein Drive
Roseland, New Jersey 07068

T: (973) 597-6314
F: (973) 597-6315
E: cporrino@lowenstein.com

July 28, 2023

**VIA HAND DELIVERY**

Clerk of the Court
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**RECEIVED**

JUL 28 2023

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

Re:   *Kyocera Document Solutions America, Inc. v. Division of Administration, New Jersey Department of the Treasury, et al.* **(to be forwarded to the assigned Judge)**

Dear Your Honor:

This law firm represents Plaintiff Kyocera Document Solutions America, Inc. ("Plaintiff") in the above-referenced matter.

In support of Plaintiff's application for a Temporary Restraining Order, enclosed please find (1) the Verified Complaint and the attached exhibits, (2) the Memorandum of Law in Support of Plaintiff's Application for a Temporary Restraining Order and Preliminary Injunction, and (3) the proposed Order to Show Cause.

This action seeks to forestall Defendants' application of sanctions on Plaintiff pursuant to N.J.S.A. 52:32-60.1, in violation of, *inter alia*, the Foreign Commerce Clause and the Supremacy Clause. Plaintiff hoped to avoid the need for this Court's intervention, but regrettably, on July 21, 2023, negotiations to amicably resolve this matter ceased. Therefore, in light of the exigent circumstances set forth in the Verified Complaint, Plaintiff requests a hearing for a Temporary Restraining Order within two days of filing this application.

If the Court is not inclined to set a hearing for a Temporary Restraining Order within two days of filing this application, then we request that the Court set an expedited briefing schedule and a hearing date prior to August 11, 2023.

We thank the Court for its attention to this matter.

Very truly yours,

*/s/ Christopher S. Porrino*
Christopher S. Porrino

cc:   All Counsel of Record (via email)

NEW YORK     PALO ALTO     NEW JERSEY     UTAH     WASHINGTON, D.C.          Lowenstein Sandler LLP