UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KYOCERA DOCUMENT SOLUTIONS AMERICA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DIVISION OF ADMINISTRATION, NEW JERSEY DEPARTMENT OF THE TREASURY; AMANDA TRUPPA, in her Official Capacity as Director of the Division of Administration; DIVISION OF PURCHASE AND PROPERTY, NEW JERSEY DEPARTMENT OF THE TREASURY; and AMY F. DAVIS, in her Official Capacity as Acting Director of the Division of Purchase and Property,<br><br>Defendants. | Civil Action No.:<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rules of Civil Procedure Rule 7.1(a)(1), a disclosure statement is required to be filed by any non-government corporate party, including those seeking to intervene. Plaintiff Kyocera Document Solutions America, Inc. ("Plaintiff"), through its undersigned counsel, hereby certifies that Plaintiff is a non-

12432/71
07/27/2023 214185876.1

governmental corporation and identifies Plaintiff's parent corporation as Kyocera Document Solutions Inc.

|  |  |
|---|---|
|  | **LOWENSTEIN SANDLER LLP** |
| Dated: July 28, 2023 | By: /s/ Christopher S. Porrino |
|  | Christopher S. Porrino, Esq.<br>Barry T. Albin, Esq.<br>Kent D. Anderson, Esq.<br>Wayne W. Fang, Esq.<br>**LOWENSTEIN SANDLER LLP**<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>Telephone: (973) 597-2500<br>Facsimile: (973) 597-2400<br>Email: CPorrino@lowenstein.com<br>Email: BAlbin@lowenstein.com<br>Email: KAnderson@lowenstein.com<br>Email: WFang@lowenstein.com<br>*Attorneys for Plaintiff*<br>*Kyocera Document Solutions*<br>*America, Inc.* |