**SILLS CUMMIS & GROSS P.C.**
Victor J. Herlinsky, Esq.
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

*Counsel for Amicus Curiae*
*Razom, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| KYOCERA DOCUMENT SOLUTIONS AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIVISION OF ADMINISTRATION, NEW JERSEY DEPARTMENT OF THE TREASURY; AMANDA TRUPPA, in her Official Capacity as Director of the Division of Administration; DIVISION OF PURCHASE AND PROPERTY, NEW JERSEY DEPARTMENT OF THE TREASURY; and AMY F. DAVIS, in her Official Capacity as Acting Director of the Division of Purchase and Property, <br><br> Defendants. | Civil Action No. 23-4044 (RK) (TJB) <br><br> **NOTICE OF MOTION BY RAZOM, INC. FOR LEAVE TO FILE AMICUS CURIAE BRIEF** <br><br> **(Oral Argument Requested)** |

PLEASE TAKE NOTICE that on October 16, 2023, or such other date as may be determined by the Court, Razom, Inc. ("Razom") will move before the Honorable Robert Kirsch, U.S.D.J., at the United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, for an Order granting the Motion by Razom for Leave to File Amicus Curiae Brief in opposition to Plaintiff's motion for

summary judgment and in support of Defendants' cross-motion for summary judgment. Razom's principal place of business is 140 2nd Ave, New York, NY 10003;

PLEASE TAKE FURTHER NOTICE that, in support of this motion, Razom relies upon the accompanying brief;

PLEASE TAKE FURTHER NOTICE that a copy of the proposed Amicus Curiae Brief of Razom is attached hereto.

Respectfully submitted,

By:   */s/ Victor J. Herlinsky*
      Victor J. Herlinsky
      **SILLS CUMMIS & GROSS P.C.**
      One Riverfront Plaza
      Newark, NJ 07102
      (973) 643-7000

Dated: September 22, 2023