**SILLS CUMMIS & GROSS P.C.**
Victor J. Herlinsky, Esq.
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

*Counsel for Amicus Curiae*
*Razom, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| KYOCERA DOCUMENT SOLUTIONS AMERICA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DIVISION OF ADMINISTRATION, NEW JERSEY DEPARTMENT OF THE TREASURY; AMANDA TRUPPA, in her Official Capacity as Director of the Division of Administration; DIVISION OF PURCHASE AND PROPERTY, NEW JERSEY DEPARTMENT OF THE TREASURY; and AMY F. DAVIS, in her Official Capacity as Acting Director of the Division of Purchase and Property,<br><br>Defendants. | Civil Action No. 23-4044 (RK) (TJB)<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on the date indicated below, I caused the motion to be served on the following counsel via ECF:

Barry T. Albin, Esq.
Christopher S. Porrino, Esq.
Kent Dawes Anderson, Esq.
Wayne W. Fang, Esq.
One Lowenstein Drive
Roseland, NJ 07068

**Attorneys for Plaintiff**

Nathaniel Ilan Levy, Esq.
Amy Chung, Esq.
25 Market Street
Trenton, NJ 08625

**Attorneys for Defendants**

                By:    */s/ Victor J. Herlinsky*
                        Victor J. Herlinsky
                        **SILLS CUMMIS & GROSS P.C.**
                        One Riverfront Plaza
                        Newark, NJ 07102
                        (973) 643-7000

Dated: September 22, 2023