UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KYOCERA DOCUMENT SOLUTIONS AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIVISION OF ADMINISTRATION, NEW JERSEY DEPARTMENT OF THE TREASURY; AMANDA TRUPPA, in her Official Capacity as Director of the Division of Administration; DIVISION OF PURCHASE AND PROPERTY, NEW JERSEY DEPARTMENT OF THE TREASURY; and AMY F. DAVIS, in her Official Capacity as Acting Director of the Division of Purchase and Property, <br><br> Defendants. | Civil Action No. 23-4044 (RK) (TJB) <br><br> **ORDER** |

  This matter having come before the Court upon the Motion by Razom, Inc. ("Razom") for Leave to File Amicus Curiae Brief in opposition to Plaintiff's motion for summary judgment and in support of Defendants' cross-motion for summary judgment, and

  IT APPEARING to the Court that Razom has shown the requisite interest in the matters at issue in this case; and

  IT FURTHER APPEARING to the Court that the amicus curiae brief will be helpful to the Court; and

  IT FURTHER APPEARING to the Court that the matters asserted therein are relevant to the outcome of Plaintiff's and Defendants' motions; and for good cause shown,

  IT IS on this ___ day of _____, 2023,

ORDERED that the Motion by Razom for Leave to File Amicus Curiae Brief is GRANTED; and it is further

ORDERED that the proposed amicus curiae brief submitted with the Motion (ECF No. _____) shall be considered as properly filed in this action.

_____
Hon. Robert Kirsch
United States District Judge